**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MARYJANE KUBIAK** **PLAINTIFF**

**V.** **CASE NO. 5:25-CV-5251**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 21) of the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas, dated October 27, 2026, regarding Plaintiff's Motion for Attorney's Fees (Doc. 18). More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 18) is **GRANTED**, and Plaintiff is awarded the sum of **$6,905.70** in attorney's fees under the Equal Access to Justice Act, which represents 2.60 attorney hours at $252.00 per hour for work completed in 2025, 21.50 attorney hours at $257.00 per hour for work completed in 2026, and 5.80 paralegal hours at $125.00.

**IT IS SO ORDERED** on this 12th day of November, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE